United States District Court
Southern District of Texas
**ENTERED**
January 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-216 |
| | § | |
| AZOTA GAS PROCESSING, LTD., | § | |
| BRON WALTER WARD AND | § | |
| PIERRE LUGOSCH, | § | |
| | § | |
| Defendants. | § | |

## ORDER

A hearing on the pending summary-judgment motions is set for **February 9, 2016 at 10:00 a.m.** The issues the parties must be prepared to address at the hearing include: whether Randy Burley is a comparator; whether Ward and Lugosch are employers under the Equal Pay Act; and whether Azota suffered damages on its state-law claims against Perales.

SIGNED on January 25, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1